| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>PATRICE PRINGLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICE PRINGLE<br><br>Defendant. | Case No. 6:20-mj-00003-JDP<br><br>**STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; ORDER**<br><br>Date: February 12, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, appearing specially for the defendant, Patrice Pringle, hereby stipulate and jointly move this Court to permit the defendant to waive her right to be personally present at the initial appearance hearing on February 12, 2020, at 10:00 a.m., and instead appear by video conference from the United States District Court in Los Angeles, California. The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Ms. Pringle is a retired former employee of AT&T who lives on an extremely limited pension. While Ms. Pringle resides in Simi Valley, California, traveling to Yosemite National Park would subject her to extreme financial hardship. The costs of travel, fuel, and lodging make up a considerable portion of her monthly income. The undersigned counsel for the defendant, having reviewed Ms. Pringle's financial affidavit, moves the court to allow her to

Pringle / Stipulation to Appear by Video
Teleconference and Order

-1-

1 appear by video teleconference from the United States District Court in Los Angeles, California

2 without objection from the government.

3 / / /

4                  Respectfully submitted,

5                  McGREGOR SCOTT
                 United States Attorney

7 Dated: December 9, 2019     */s/ Susan St. Vincent*
                 SUSAN ST. VINCENT
8                  Acting Legal Officer
                 National Park Service
9                  Yosemite National Park

11 Dated: December 9, 2019     HEATHER E. WILLIAMS
                 Federal Defender

13                  */s/ Benjamin A. Gerson*
                 BENJAMIN A. GERSON
14                  Assistant Federal Defender
                 Attorney for Defendant
15                  WILLIAM MATTHEWS PENNY III

# ORDER

The above stipulation for defendant to appear via video teleconference in Case No. 6:20-MJ-00003-JDP is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   February 7, 2020                                    _____
                                                             UNITED STATES MAGISTRATE JUDGE