HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PATRICE PRINGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:20-mj-00003-JDP |
| Plaintiff, | **STIPULATION TO MODIFY SENTENCE** |
| vs. | |
| PATRICE PRINGLE | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Patrice Pringle, hereby stipulate and jointly move this court to modify the terms of Ms. Pringle's sentence.

On February 12, 2020 Ms. Pringle pleaded guilty to one count of driving with a blood alcohol content above 0.08%.  On the same day the Honorable Jeremy Peterson sentenced Ms. Pringle to 12 months unsupervised probation, a $600 fine, 60 hours of community service, and the first time DUI offender class.  To date, Ms. Pringle has paid her fine and completed the DUI offender class.  However, because of the ongoing COVID-19 pandemic, the opportunity to perform community service has been severely limited.  Very few non-profit organizations will allow volunteers out of an abundance of caution to avoid spreading the virus.  Ms. Pringle now asks the court to modify her sentence of probation to allow payment of an additional $600.00 in

1   lieu of community service.  A total of $1200.00 in fines is consistent with other DUI sentences.

2   The government does not object.

3                                          Respectfully submitted,

4                                          McGREGOR SCOTT
                                           United States Attorney

5

6   Dated:  September 4, 2020              */s/ Sean Anderson*
                                           Sean Anderson
7                                          Acting Legal Officer
                                           National Park Service
8                                          Yosemite National Park

9

10  Dated:  September 4, 2020              HEATHER E. WILLIAMS
                                           Federal Defender
11

12                                         */s/  Benjamin A. Gerson*
                                           BENJAMIN A. GERSON
13                                         Assistant Federal Defender
                                           Attorney for Defendant
14                                         WILLIAM MATTHEWS PENNY III

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Good cause appearing, the above stipulation for defendant to pay an additional $600.00

3    in lieu of 60 hours of community service in case No. 6:20-mj-00003-JDP, is hereby accepted and

4    adopted as the order of this court.

5

6    IT IS SO ORDERED.

7

8    Dated:    September 4, 2020

9                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28