1 Sean O. Anderson
Acting Legal Officer
2 NATIONAL PARK SERVICE
Legal Office
3 P.O. Box 517
Yosemite, California 95389
4 Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:20-mj-00003-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| PATRICE MARIE PRINGLE, | |
| Defendant. | |

    The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for January 12, 2021 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on February 12, 2020.

                                            Respectfully submitted,
                                            McGREGOR SCOTT
                                            United States Attorney

Dated: December 8, 2020                  /S/ *Sean O. Anderson*
                                            SEAN O. ANDERSON
                                            Acting Legal Officer
                                            Yosemite National Park

## ORDER

Upon motion of the United States, and good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for January 12, 2021 in the matter of *United States v. Pringle*, case no. 6:20-mj-00003-JDP, is vacated and probation terminated.

IT IS SO ORDERED.

Dated:   December 8, 2020

                                        HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE